[No. 67450-1-I.   Division One.   January 22, 2013.]

FRANK LOUIS ZAMFINO, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-08032-1, Sharon S. Armstrong, J., entered June 22, 2011. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Dwyer, J., concurred in by Cox and Lau, JJ.

[No. 67529-0-I.   Division One.   January 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, ALEX A. CHAVEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-03073-1, Regina S. Cahan, J., entered August 5, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker and Dwyer, JJ.

[No. 67536-2-I.   Division One.   January 22, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON LORENZO OLSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-01074-7, Jay V. White, J., entered August 12, 2011. *Affirmed* by unpublished opinion per Lau, J., concurred in by Spearman, A.C.J., and Verellen, J.

[No. 67642-3-I.   Division One.   January 22, 2013.]

SUE HONG, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-44106-9, Brian D. Gain, J., entered July 29, 2011. *Affirmed* by unpublished opinion per Spearman, A.C.J., concurred in by Grosse and Dwyer, JJ.